IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRAYEN ALLEN FINCH, aka BREANNA LYNN DESTINY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IMSI,<br><br>　　　　Defendants. | Case No.  CV 09-529-S-EJL<br><br>**ORDER** |

　　　　The Court appoints attorneys Erika Birch and Lauren Scholnick as Plaintiff's counsel in this matter, pursuant to the Court's Pro Bono Program.

**ORDER**

　　　　NOW THEREFORE IT IS HEREBY ORDERED that Erika Birch and Lauren Scholnick are appointed as co-counsel for Plaintiff in this action, pursuant to the Court's Pro Bono Program.

　　　　Counsel is notified that malpractice insurance coverage for pro bono cases is available through the Idaho State Bar.  The Federal Court Pro Se Pro Bono Program has a limited cost reimbursement program available to counsel; if costs are later recovered from Defendants, then counsel has an obligation to reimburse the program.  The details are available at www.id.uscourts.gov.  Any questions regarding this appointment may be directed to the Pro Bono Counsel Coordinator at (208) 334-9373 or the Pro Se Office at (208) 334-1172.

　　　　IT IS FURTHER HEREBY ORDERED that the Clerk of Court shall send a copy of

**Order - 1**

this Order, and all further filings in this case, to counsel at their addresses as listed on the ECF system.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this Order to Paul Panther, Idaho Attorney General's Office, for the IDOC Defendants, and to John Burke, Counsel for Correctional Medical Services, at their registered ECF addresses. Should these counsel determine that they will not be involved in the action on behalf of the defendants named, they should notify the Court's Pro Se Unit immediately in writing (Pro Se Unit, U.S. District Court, 550 West Fort Street, Boise, ID 83724) or via the CM/ECF system, with a copy to Plaintiff's counsel.



DATED: **April 19, 2010**

_____
~~Honor~~able Edward J. Lodge
U. S. District Judge

**Order - 2**